# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goodman, Jonathan | District Court -- Southern District of Florida | 07/09/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time United States Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

James Lawrence King Federal Justice Building
Room 1168
99 N.E. 4th Street
Miami, FL 33131

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1994 | Akerman Senterfitt 401(k) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 07/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Teaching stipend, University of Miami School of Law | $3,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | ▨ , salary |
| 2. | 2015 | ▨ , salary |
| 3. | 2015 | ▨ , salary |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goodman, Jonathan** | 07/09/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | J. Mandler | Basketball Tickets | $480.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | credit cards | None |
| 2. | American Express | credit card | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 07/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (various accounts) | A | Interest | L | T | | | | | |
| 2. Northwestern Mutual Whole Life Policy (cash value) | B | Dividend | K | T | | | | | |
| 3. Mass. Mutual Whole Life Policy (cash value) | B | Int./Div. | L | T | | | | | |
| 4. Beal Bank USA | A | Interest | | | Closed | 11/16/15 | K | | |
| 5. Rental Property #1, Lauderhill, FL | D | Rent | L | W | | | | | |
| 6. IRA#1 (H) | | | | | | | | | |
| 7. BankUnited (cash account) | A | Interest | K | T | | | | | |
| 8. Brokerage Account #1 (H) | | | | | | | | | |
| 9. Janus, Growth & Income Fund | A | Dividend | J | T | | | | | |
| 10. Janus, Contrarian Fund D Shares | A | Dividend | L | T | | | | | |
| 11. Janus, Perkins Mid Cap Value Fund D | A | Dividend | J | T | | | | | |
| 12. Janus, Itech U.S. Core Fund D | A | Dividend | J | T | | | | | |
| 13. Brokerage Account #2 (H) | | | | | | | | | |
| 14. Vanguard, Growth Index Fund Inv. | A | Dividend | J | T | | | | | |
| 15. Vanguard, U.S. Growth Fund Investor | A | Dividend | J | T | | | | | |
| 16. Vanguard, Windsor II Fund Inv. | A | Dividend | K | T | | | | | |
| 17. 401(k) Account (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 07/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Artisan Mid Cap Value Fund | A | Dividend | | | Sold | 08/19/15 | L | | |
| 19. T. Rowe Price Mid Cap Growth | | None | | | Sold | 08/19/15 | L | A | |
| 20. RidgeWorth Large Cap Value Equity I | A | Dividend | | | Sold | 08/19/15 | J | | |
| 21. Janus Venture Fund T | A | Dividend | | | Sold | 08/19/15 | J | | |
| 22. Pimco Real Return Bond Fund, Instl | A | Dividend | | | Sold | 08/19/15 | K | | |
| 23. Federated Capital Preservation Fund I | A | Dividend | | | Sold | 08/19/15 | L | A | |
| 24. Federated Government Obligations SS (cash equivalents) | A | Dividend | | | Sold | 08/19/15 | K | A | |
| 25. RidgeWorth Small Cap Value Equity I | A | Dividend | | | Sold | 08/19/15 | L | | |
| 26. Lazard Emerging Markets Instl | C | Dividend | | | Sold | 08/19/15 | M | | |
| 27. Oakmark I | A | Dividend | | | Sold | 08/19/15 | L | A | |
| 28. Vanguard 500 Index Fund - Admiral | | None | | | Sold | 08/19/15 | M | A | |
| 29. T. Rowe Price Retirement 2020 Fund | B | Dividend | | | Sold | 08/19/15 | M | | |
| 30. T. Rowe Price Retirement 2025 Fund | B | Dividend | | | Sold | 08/19/15 | M | | |
| 31. Metroplitan West Total Return Bond I | A | Dividend | | | Sold | 08/19/15 | K | A | |
| 32. IRA #2 (H) | | | | | | | | | |
| 33. T. Rowe Price, Health Sciences (IRA) | B | Dividend | J | T | | | | | |
| 34. T. Rowe Price New Am. Growth (IRA) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 07/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T. Rowe Price New Horizons (IRA) | D | Dividend | M | T | | | | | |
| 36. T. Rowe Price Science & Techn. (IRA) | D | Dividend | K | T | | | | | |
| 37. IRA #3 (H) | | | | | | | | | |
| 38. Neuberger/Berman Large Cap Value Investor (IRA) | B | Dividend | K | T | | | | | |
| 39. IRA #4 (H) | | | | | | | | | |
| 40. Neuberger/Berman Large Cap Value Investor (IRA) | B | Dividend | K | T | | | | | |
| 41. IRA #5 (H) | | | | | | | | | |
| 42. Equivest Com Stock Index | A | Dividend | J | T | | | | | |
| 43. Equivest Equity 500 Index | A | Dividend | J | T | | | | | |
| 44. Equivest Multimanager Aggr. Equity | A | Dividend | J | T | | | | | |
| 45. EQ/International Equity Index | A | Dividend | J | T | | | | | |
| 46. IRA #6 (H) | | | | | | | | | |
| 47. Vanguard Windsor II Fund Inv. | C | Dividend | K | T | | | | | |
| 48. Vanguard 500 Index Fund Adm. | A | Dividend | K | T | | | | | |
| 49. IRA #7 (H) | | | | | | | | | |
| 50. Vanguard Windsor II Fund Inv. | A | Dividend | J | T | | | | | |
| 51. IRA #8 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 07/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Merrill Edge Cash | A | Interest | J | T | | | | | |
| 53. Alliance Bernstein Global Thematic Growth Fund CL C | | None | J | T | | | | | |
| 54. Blackrock S&P 500 Fund Investor A CL | A | Dividend | J | T | | | | | |
| 55. Blackrock Basic Value Fund Inc A | A | Dividend | J | T | | | | | |
| 56. Blackrock Pacific Fund A | A | Dividend | J | T | | | | | |
| 57. Columbia Seligman Communications & Info Fund CL C | B | Dividend | J | T | | | | | |
| 58. Columbia Emerging Markets Fund CL C | | None | J | T | | | | | |
| 59. Goldman Sachs U.S. Eq. Insights Fund CL A | A | Dividend | J | T | | | | | |
| 60. MFS Total Return Bond Fund CL B | A | Dividend | J | T | | | | | |
| 61. IRA# 9 (H) | | | | | | | | | |
| 62. Wells Fargo Bank Deposit Sweep Account (cash account) | A | Interest | J | T | Open | 08/31/15 | L | | |
| 63. American Funds, Income Fund of America | B | Dividend | L | T | Buy | 08/28/15 | L | | |
| 64. Broadview Fds, Tr Opportunity Fund | | None | K | T | Buy | 08/28/15 | K | | |
| 65. Columbia Select Large Cap Growth Fund | | None | L | T | Buy | 08/28/15 | L | | |
| 66. Dodge & Cox Stock Fund | B | Dividend | L | T | Buy | 08/31/15 | L | | |
| 67. Dodge & Cox Income Fund | C | Dividend | L | T | Buy | 08/31/15 | L | | |
| 68. Fundamental Invs Inc | B | Dividend | L | T | Buy | 08/28/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 07/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Goldman Sachs Tr Finl Square Treas Instrs Fund | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 70. | | | | | Sold (part) | 10/09/15 | J | | |
| 71. Harris Assoc Invt Tr Oakmark Fund | | None | L | T | Buy | 08/28/15 | L | | |
| 72. JP Morgan Tr II Core Bond Fund Select | B | Dividend | L | T | Buy | 08/28/15 | L | | |
| 73. Principal Funds Inc Midcap Fund Inst. | A | Dividend | K | T | Buy | 08/28/15 | K | | |
| 74. American Funds, Europacific Growth Fund | B | Dividend | L | T | Buy | 08/28/15 | L | | |
| 75. Oppenheimer Developing Markets | A | Dividend | K | T | Buy | 08/28/15 | K | | |
| 76. Oppenheimer Int'l Bond Fund | C | Dividend | L | T | Buy | 08/28/15 | L | | |
| 77. Pimco Fds Pac Invt Mgmt Ser Emerging Markets Bond Fund | B | Dividend | K | T | Buy | 08/28/15 | K | | |
| 78. Principal Fds Inc High Yield Fund | C | Dividend | K | T | Buy | 08/28/15 | K | | |
| 79. Vanguard Small Cap Index Fund | A | Dividend | K | T | Buy | 08/28/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 07/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II, line 1: Retirement account with former law firm.  (Assets and account disposition listed in Part VII.)
Part VII, line 50: Name change (2014, line 42.)
Part VII, line 53: Name change (2014, line 32.)
Part VII, line 54: Name change (2014, line 35.)
Part VII, line 55: Name change (2014, line 33.)
Part VII, line 57: Name change (2014, line 38.)
Part VII, line 58: Name change (2014, line 39.)
Part VII, line 59: Name change (2014, line 36.)
Part VII, line 60: Name change (2014, line 37.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jonathan Goodman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544